# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CHARLES L. PINEDA

NO. 2019 KW 1669

**FEB 1 8 2020**

---

In Re:   Charles L. Pineda, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 562,011.

---

**BEFORE:  WELCH, HIGGINBOTHAM, AND LANIER, JJ.**

   **WRIT DENIED IN PART AND GRANTED IN PART.** Relator's application is denied in part, as the records of the office of the Clerk of Court for St. Tammany Parish reflect that relator's application for postconviction relief was filed on or about December 9, 2019. However, relator's application is granted in part for the purpose of transferring the matter to the district court for consideration of relator's motion for production of voir dire transcripts.

                         **JEW**
                         **TMH**
                         **WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
   DEPUTY CLERK OF COURT
      FOR THE COURT